**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00992-CV

—————————————

## DELANIE PERKINS, Appellant

## V.

## WEST LAKE PARK APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1262594**

## MEMORANDUM OPINION

Appellant's brief was due on February 12, 2026.  No brief was filed.  On

March 23, 2026, the Court issued a notice to appellant, advising that appellant's brief

was overdue and that the appeal might be dismissed unless the brief or a motion for

extension was filed by April 2, 2026.  *See* TEX. R. APP. P. 38.8(a).  No response or brief was filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Riva-Molloy, Johnson, and Dokupil.